IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MADONNA ISOM                                                                                    PLAINTIFF

V.                                    CASE NO. 4:17-CV-00703-JM

SHAIR MUHAMMAD; and
ZSM LLC d/b/a USA Tobacco Station 1
d/b/a USA Tobacco Station 2                                                                 DEFENDANTS

## ORDER

Following a settlement conference with U.S. Magistrate Judge J. Thomas Ray on November 8, 2018, the Court has been advised that the parties have resolved their dispute and wish the case to be dismissed. Therefore, this case is dismissed, with prejudice, and the trial is removed from the Court's docket. The Court will retain jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED this 14th day of November, 2018.

_____
James M. Moody Jr.
United States District Judge